GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA STOVALL, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No.: 2:22-cv-01267-JAD-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(First Request)** |

Defendant Equifax Information Services LLC ("Equifax") respectfully requests a 30-day extension of its deadline to respond to the Complaint, showing the Court as follows:

1. Plaintiff filed her Complaint against Equifax on August 8, 2022.  Dkt. 1.

2. Equifax was served with the Complaint on August 11, 2022, making its response deadline September 1, 2022.

3. Plaintiff's Complaint asserts putative class action claims that are similar to claims asserted in other putative class actions that have already been consolidated in the United States District Court for the Northern District of Georgia, Atlanta Division. *See In Re: Equifax Fair Credit Reporting Act Litigation*, Case No. 1:22-cv-3072-LMM-CCB.

1    4.    Plaintiff and Equifax have agreed that this case should be transferred to the Northern District of Georgia for consolidation with the other related cases. Accordingly, the parties will be filing a stipulation for transfer under 28 U.S.C. § 1404(a).

5.    Should this case be transferred to the Northern District of Georgia and consolidated with the other actions pending in the *In Re: Equifax Fair Credit Reporting Act Litigation* matter, Equifax's deadline to respond to Plaintiff's Complaint will be stayed given the contemplated filing of a consolidated complaint.

6.    Accordingly, in light of the parties' forthcoming stipulation for transfer, Equifax respectfully requests a 30-day extension of its deadline to respond to the Complaint.

7.    Plaintiff consents to the requested extension.

For these reasons, Equifax respectfully requests that the Court enter an order extending by

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1  30 days its deadline to respond to the Complaint.

2  Respectfully submitted this 31st day of August 2022.

4  CLARK HILL PLLC

5  By: /s/Gia N. Marina
Gia N. Marina
6  Nevada Bar No. 15276
3800 Howard Hughes Pkwy,
7  Suite 500
Las Vegas, NV 89169
8  Tel: (702) 862-8300
Fax: (702) 778-9709
9  Email: gmarina@clarkhill.com
10  *Attorney for Defendant Equifax Information Services LLC*

<u>**No opposition**</u>

/s/George Haines
George Haines
Nevada Bar No. 9411
8985 S. Eastern Ave., Ste. 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com
*Attorneys for plaintiffs*

14  IT IS SO ORDERED:

16  _____
United States Magistrate Judge

17  DATED: 9/2/2022

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 31th day of August, 2022, via CM/ECF, upon all counsel of record:

                                        By:  /s/*Gia N. Marina*
                                      GIA N. MARINA
                                      Nevada Bar No. 15276
                                      **CLARK HILL PLLC**
                                      3800 Howard Hughes Drive, Suite 500
                                      Las Vegas, Nevada  89169
                                      E-mail: gmarina@clarkhill.com
                                      Telephone:  (702) 862-8300
                                      Facsimile:  (702) 778-9709