George Haines, Esq.
Nevada Bar No.: 9411
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiffs*

Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| AMANDA STOVALL, *individually and on behalf of all others similarly situated*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 2:22-cv-01267-JAD-DJA |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) ) ) | ECF No. 5 |
| Defendant. | ) ) | |

**STIPULATION AND ORDER
TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA PURSUANT TO 28 U.S.C. § 1404(a)**

WHEREAS, the complaint in the above-captioned case asserts putative class action claims against Defendant Equifax Information Services LLC ("Equifax") that are similar to claims

asserted in six other putative class actions pending in the United States District Court for the Northern District of Georgia, Atlanta Division;

WHEREAS, on August 24, 2022, the Court in *Jenkins v. Equifax Inc., et al.*, Case No. 1:22-cv-3072-LMM-CCB granted a request to consolidate the six related actions pending in that Court into one action (the "Consolidated Action," captioned *In Re: Equifax Fair Credit Reporting Act Litigation*, Case No. 1:22-cv-3072-LMM-CCB) (*see* "Order Consolidating Actions," attached as Exhibit A);

WHEREAS, Plaintiff and Equifax stipulate and agree that this case would also benefit from consolidated in the Consolidated Action;

WHEREAS, the Court overseeing the Consolidated Action has ordered that "[a]ny action subsequently . . . transferred to . . . th[e] [Northern District of Georgia] that arises out of the same or similar operative facts as the Consolidated Action, shall be consolidated with the Consolidated Action for pre-trial purposes" (Exhibit A ¶ 3);

WHEREAS, Plaintiff and Equifax further stipulate and agree that, pursuant to 28 U.S.C. § 1404(a), for purposes of judicial efficiency and for the convenience of parties and witnesses, this case should be transferred to the United States District Court for the Northern District of Georgia, Atlanta Division, for assignment to the Honorable Judge May and consolidation in the Consolidation Action; and

WHEREAS, Plaintiff and Equifax further stipulate and agree that Equifax shall have no obligation to answer or otherwise respond to the complaint filed in this case while the Court considers this stipulation to transfer,

NOW THEREFORE, pursuant to 28 U.S.C. § 1404(a), the Court DIRECTS the Clerk to transfer this action, immediately and in its entirety, to the United States District Court for Northern

District of Georgia, Atlanta Division, for assignment to the Honorable Judge May and consolidation in the Consolidated Action (*In Re: Equifax Fair Credit Reporting Act Litigation*, Case No. 1:22-cv-3072-LMM-CCB).

IT IS SO STIPULATED.

| | |
|---|---|
| **KIND LAW** | **CLARK HILL, LLP** |
| /sMichael Kind | /s/Gia N. Marina |
| Michael Kind | Gia N. Marina |
| 6069 South Fort Apache Road, Suite 100 | 3800 Howard Hughes Parkway |
| Las Vegas, Nevada 89148 | Ste 500 |
| | Las Vegas, NV 89169 |
| **FREEDOM LAW FIRM** | *Attorneys for Defendant Equifax Information Services LLC* |
| /s/George Haines | |
| George Haines | |
| Gerardo Avalos | |
| 8985 S. Eastern Ave., Suite 350 | |
| Las Vegas, Nevada 89123 | |
| *Attorneys for Plaintiff Amanda Stovall* | |

## ORDER

Based on the parties' stipulation [ECF No. 5] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS TRANSFERRED under 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of Georgia, Atlanta Division,** for potential consolidation in In re: Equifax Information Services LLC Fair Credit Reporting Act Litigation, Case No. 1:22-cv-3072-LMM-CCB. The Clerk of Court is directed to then CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 7, 2022

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NYDIA JENKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | CIVIL ACTION NO.<br>1:22-CV-3072-LMM-CCB |
| SHELLY DELINDA STEELE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1-22-CV-3105-LMM-CCB |
| BENJAMIN BAKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:22-CV-3117-LMM-CCB |

| | |
|---|---|
| TYLER BAKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:22-CV-3118-LMM-CCB |
| DERRICK ROGERS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:22-CV-3173-LMM-CCB |
| ANTHONY SCHWARTZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:22-CV-3260-LMM-CCB |

## ORDER CONSOLIDATING ACTIONS

Upon review of Plaintiffs' Joint Motion for Consolidation and it appearing to the Court that consolidation will avoid expense and delay, and for good cause shown, the Court hereby **GRANTS** Plaintiffs' Motion in each of the above-captioned cases. It is hereby **ORDERED**:

1. *Steele v. Equifax, Inc.*, 1:22-cv-3105-LMM-CCB; *Baker v. Equifax Inc.*, 1:22-cv-3117-LMM-CCB; *Baker v. Equifax, Inc.*, 1:22-cv-3118-LMM-CCB; *Rogers v. Equifax Inc.*, 1:22-cv-3173-LMM-CCB; and *Schwartz v. Equifax, Inc.*, 1:22-cv-3260-LMM-CCB are hereby **CONSOLIDATED** under the first filed action in the Northern District of Georgia, *Jenkins v. Equifax Inc., et al.*, Case No. 1:22-cv-3072-LMM-CCB. Going forward, the Consolidated Action is captioned: *In Re: Equifax Fair Credit Reporting Act Litigation*, Case No. 1:22-cv-3072-LMM-CCB.

2. All papers filed in the Consolidated Action shall be filed under Case No. 1:22-cv-3072-LMM-CCB, the number assigned to the first-filed case.

3. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action, shall be consolidated with the Consolidated Action for pre-trial purposes.[1]

---

[1] The Court agrees with the parties that any subsequently filed, transferred, or removed action that arises out of the same or similar facts should be consolidated with the Consolidated Action for class management purposes. However, the Court

As such, the parties are directed to notify the Court if they become aware of any future actions pending in this Court that they believe should be consolidated with the Consolidated Action.

4. By virtue of this Consolidation Order, Defendants are not required to respond to the complaint filed in each individual Case, and all of Defendants' response deadlines with respect to those complaints are **STAYED**.

5. The Court **ORDERS** counsel for Plaintiffs to file a motion seeking appointment as interim class counsel pursuant to Fed. R. Civ. P. 23(g) **within 7 days** of the date of this order.

6. The Court **ORDERS** Plaintiffs to file a consolidated complaint **within 30 days** of the Court's ruling on Plaintiffs' Motion to Appoint Interim Co-Lead Class Counsel and Liaison Counsel.

**IT IS SO ORDERED**, this 24th day of August, 2022.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE

---

expressly notes that, to the extent any party in any subsequently consolidated action objects to their case being considered as part of the Consolidated Action, that party may file objections to such consolidation, which the Court will consider.